PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 01-CR-1394 |
| **DOCKET NUMBER** *(Rec. Court)* | 4:04CR40029 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alvaro Munoz<br>531 Main Street<br>Worcester, MA 01608 | Eastern District of New York | Supervision |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Frederic Block, U.S. District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/12/2004 | 10/11/2007 |

**OFFENSE**

The Defendant Did Knowingly and Intentionally Import Heroin into the United States, in violation of 21 U.S.C. § 952

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/11/04
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __MASSACHUSETTS__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 8, 2004
*Effective Date*

*William G. Young*
*United States District Judge*