| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01-CR-1394 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:04CR40029 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alvaro Munoz | Eastern District of New York | Supervision |
| 531 Main Street | NAME OF SENTENCING JUDGE | |
| Worcester, MA 01608 | The Honorable Frederic Block, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/12/2004 | TO 10/11/2007 |

OFFENSE

The Defendant Did Knowingly and Intentionally Import Heroin into the United States, in violation of 21 U.S.C. § 952

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____11/1/04_____  _____
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY ATTEST
DATED 12/13 20 05
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

_____Dec 8, 2004_____   _____William G. Young_____
Effective Date           United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PROBATION OFFICE

35348

**JOHN M. BOCON**
Chief U.S. Probation Officer

595 Main Street, Room 302
Worcester, MA 01608
(508) 929-9930

December 22, 2004

Sharon D. Dial
U.S. Probation Office
75 Clinton Street, Room 405
Brooklyn, NY 11301

                RE:   MUNOZ, Alvaro
                       Transfer of Jurisdiction

Dear Ms. Dial:

Enclosed please find Probation Form 22, executed by the Honorable William G. Young, Chief U.S. District Judge, agreeing to accept jurisdiction of this case. Please instruct your Clerk of Courts to forward all pertinent documents to our clerks office in Boston at the following address:

        Office of the Clerk
        One Courthouse Way, Suite 2300
        Boston, MA 02210

Thank you for your assistance in this matter. If you have any questions, please feel free to contact me at (508) 929-9934.

                                  Sincerely,

                                  Michael D. Forman
                                  U.S. Probation Officer

MDF:bh

# U.S. PROBATION DEPT.
EASTERN DISTRICT OF NEW YORK

## ROUTING SLIP



DATE:   December 28, 2004

TO:     Clerk's Office
        U.S. District Court

FROM:   Sharon D. Dial, Researcher/Statistician
        347.534.3421

RE:     TRANSFER OF JURISDICTION
        MUNOZ, Alvaro (PACTS 35348)
        Docket No. 01-CR-1394


Attached are two original Probation Forms 22 - Transfer of Jurisdiction, signed by Judge Block and Chief Judge William G. Young, District of Massachusetts, as well as correspondence from the D/MA.

EAT:LE
F. # 2001R02511

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALVARO MUNOZ,

           Defendant.

- - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____
(T. 21, U.S.C., §§
  841(a)(1),
  841(b)(1)(C),
  952(a), 960(a)(1) and
  960(b)(3); T. 18,
  U.S.C., §§ 3551 et seq.)

BLOCK, J.
GO, M.J.

A TRUE COPY ATTEST
DATED 12/12 20 05
ROBERT C. HEINEMANN
BY [signature] CLERK
DEPUTY CLERK

IN CLERK'S OFFICE
DISTRICT COURT, E.D.N.Y.
★ DEC 14 2001
BROOKLYN OFFICE

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 18, 2001, within the Eastern District of New York and elsewhere, the defendant ALVARO MUNOZ did knowingly and intentionally import into the United States from a place outside thereof a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO

On or about November 18, 2001, within the Eastern District of New York, the defendant ALVARO MUNOZ did knowingly and intentionally possess with intent to distribute a



2

substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ALAN VINEGRAD
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK _____

_____ Division

THE UNITED STATES OF AMERICA

vs.

ALVARO MUNOZ,

Defendant.

## INDICTMENT

CR. NO.
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1) and 960(b)(3); T. 18, U.S.C., §§ 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____

of _____ A.D. 19 _____ day,

_____
Clerk

Bail, $ _____

LAURA EDIDIN, AUSA (718) 254-6200

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES OF AMERICA
-v-

ALVARO MUNOZ,
         Defendant.
-------------------------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-01-1394(FB)
JAN ROSTAL, ESQ.
16 COURT STREET, 3RD FL.
BROOKLYN, NY 11241
Defendant's Attorney & Address

THE DEFENDANT: ALVARO MUNOZ
__XX__ pleaded guilty to count ONE OF THE INDICTMENT.

Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| T. 21 USC 952 | THE DEFENDANT DID KNOWINGLY AND INTENTIONALLY IMPORTED HEROIN INTO THE U.S. | 1 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
__XX__ ALL OPEN COUNTS are dismissed on the motion of the United States.
__XX__ It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00 which shall be due immediately :

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # 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

Defendant's Mailing Address:

NOVEMBER 25, 2002
Date of Imposition of Sentence

THE HONORABLE FREDERIC BLOCK

Nov. 27, 2002
Date

A TRUE COPY ATTEST
Date: 11/27/02
ROBERT C. HEINEMANN
CLERK OF COURT

By: _____
MIKE J. INNELLI
DEPUTY CLERK

A TRUE COPY
ATTEST
DATED 12/12 2005
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK

Defendant: ALVARO MUNOZ
Case Number: CR-01-1394(FB)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FORTY (40) MONTHS.**

\_  The Court makes the following recommendations to the Bureau of Prisons:

**XX**  The defendant is remanded to the custody of the United States Marshal.
\_  The defendant shall surrender to the United States Marshal for this district,
  \_  at \_\_\_a.m./p.m. on _____.
  \_  as notified by the Marshal.

\_  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

  \_  before 2:00 p.m. on _____.
  \_  as notified by the United States Marshal.
  \_  as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

The defendant was delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                  _____
                  United States Marshal

                  By_____

Defendant: ALVARO MUNOZ
Case Number: CR-01-1394(FB)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

__    The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Defendant: ALVARO MUNOZ
Case Number: CR-01-1394(FB)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

EAT:LE
F. # 2001R02511

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ALVARO MUNOZ,

              Defendant.

- - - - - - - - - - - - - - - - -X

IN CLERK'S OFFICE
U.S. DIST. COURT, E.D.N.Y.
* DEC 14 2001
BROOKLYN OFFICE

I N D I C T M E N T 1394

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(C),
952(a), 960(a)(1) and
960(b)(3); T. 18,
U.S.C., §§ 3551 et seq.)

BLOCK, J.
GO, M.J.

THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 18, 2001, within the Eastern District of New York and elsewhere, the defendant ALVARO MUNOZ did knowingly and intentionally import into the United States from a place outside thereof a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO

On or about November 18, 2001, within the Eastern District of New York, the defendant ALVARO MUNOZ did knowingly and intentionally possess with intent to distribute a



2

substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ALAN VINEGRAD
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN _____ District of ___ NEW YORK ___

_____ Division

THE UNITED STATES OF AMERICA

vs.

ALVARO MUNOZ,

Defendant.

## INDICTMENT

CR. NO.
(T. 21, U.S.C., §§ 841(a)(1); 841(b)(1)(C),
952(a), 960(a)(1) and 960(b)(3); T. 18,
U.S.C., §§ 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____

of _____ A.D. 19 _____ day.

_____
Clerk

Bail, $ _____

LAURA EDIDIN, AUSA (718) 254-6200