04-40029-FDS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
   Clerk
TERRY VAUGHN
   Chief Deputy

PLEASE REPLY TO:

  X   BROOKLYN OFFICE
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

December 29th, 2005

To:   Tony Anastas, District Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210-3002

In re:  **USA Vs. Alvaro Munoz**
Criminal Action Number 1:01-CR-1394 (FB)

Pursuant to the order of Judge Frederic Block transferring jurisdiction over the above-named probationer/supervised releasee to your court, the following documents are herewith enclosed to supplement the transfer documents that were transmitted on 12/12/2005:

      _____Certified copy of order of transfer
      _____Certified copy of judgment & indictment
      \_\_X\_\_\_Certified copy of the docket sheet

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court
By: C. Barrett
Deputy Clerk

Encl.
cc: Case File

CLOSED, MJSELECT

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:01-cr-01394-FB-ALL
# Internal Use Only

Case title: USA v. Munoz

Magistrate judge case number: 1:01-mj-01855

Date Filed: 12/14/2001



A TRUE COPY
ATTEST
DATED 12/29 2005
ROBERT C. HEINEMANN
CLERK
BY _____
DEPUTY CLERK

Assigned to: Judge Frederic Block

**Defendant**

**Alvaro Munoz** (1)
*TERMINATED: 12/02/2002*

represented by **Jan Alison Rostal**
The Legal Aid Society
Federal Defender Division
16 Court Street, 3rd Floor
Brooklyn, NY 11201-4859
(718) 330-1207
Fax: (718) 855-0760
Email: Jan_Rostal@fd.org
*TERMINATED: 12/02/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

21:952(a), 960(a)(1) and 960
(b)(3); 18.3551 et seq. DEFT
DID KNOWINGLY AND

**Disposition**

| | |
|---|---|
| INTENTIONALLY IMPORT INTO THE U.S. A SCHEDULE I CONTROLLED SUSTANCE. (1) | 40 months Imprisonment; 3 years supervised release; No fine; $100.00 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(C);18.3551 et seq. DEFT DID KNOWINGLY AND INTENTIONALLY POSSESSWITH INTENT TO DISTRIBUTE A SUBSTNACE CONTAINING HEROIN, A SCHEDULE I CONTROLLED SUBSTANCE. (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | |
|---|---|
| USA | represented by **Laura Elise Edidin** |

U.S. Attorney's Office-
EDNY
One Pierrepont Plaza
Brooklyn, NY 11201
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2001 | 1 | COMPLAINT as to Alvaro Munoz [ 1:01-m -1855 ] (Yuen, Sui May) (Entered: 11/21/2001) |
| 11/20/2001 | | ARREST of Alvaro Munoz [ 1:01-m -1855 ] (Yuen, Sui May) (Entered: 11/21/2001) |
| 11/20/2001 | 2 | Magistrate Arraignment as to Alvaro Munoz held before Mag. Levy on 11/20/01. AUSA Scott Klugman present. Dft present w/ counsel Jan Rostal. Dft arraigned. Order of detention entered. Dft waived preliminary hearing. [ 1:01-m -1855 ] (Yuen, Sui May) (Entered: 11/21/2001) |
| 11/20/2001 | 3 | ORDER OF DETENTION as to Alvaro Munoz ( Signed by Magistrate Robert M. Levy , dated: 11/20/01) [ 1:01-m -1855 ] (Yuen, Sui May) (Entered: 11/21/2001) |
| 11/20/2001 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Alvaro Munoz [ 1:01-m -1855 ] (Yuen, Sui May) (Entered: 11/21/2001) |
| 12/14/2001 | | ** Added Government Attorney Laura Elise Edidin (Dobkin, David) (Entered: 12/17/2001) |
| 12/14/2001 | | Magistrate Go has been selected by random selection to handle any matters that may be referred in this case. (Dobkin, David) (Entered: 12/17/2001) |
| 12/14/2001 | 5 | CALENDAR ENTRY as to Alvaro Munoz ; Case |

| | | |
|---|---|---|
| | | called before Magistrate A. S. Chrein on date of 12/14/01 for Grand Jury Presentment of Indictment. (Dobkin, David) (Entered: 12/17/2001) |
| 12/14/2001 | 6 | INDICTMENT as to Alvaro Munoz (1) count(s) 1, 2 (Dobkin, David) Additional attachment(s) added on 12/12/2005 (Barrett, C.). (Entered: 12/17/2001) |
| 12/28/2001 | 7 | CALENDAR ENTRY as to Alvaro Munoz ; Case called before Magistrate Marilyn D. Go on date of 12/28/01 at 1:05p.m. for arraignment. Tape # 01/62 (1777-1822). AUSA Scot Klugman for Laura Edidin. Defense counsel: Jan Rostal. Deft arraigned on indictment. Deft entered not guilty plea to all counts of the indictment. (Dobkin, David) (Entered: 01/03/2002) |
| 01/03/2002 | | PLEA entered by Alvaro Munoz . Court accepts plea. Not Guilty: , Alvaro Munoz (1) count(s) 1, 2 (Dobkin, David) (Entered: 01/03/2002) |
| 01/18/2002 | 8 | CALENDAR ENTRY as to Alvaro Munoz ; Case called before Judge Frederic Block on date of 1/18/02 at 2:30p.m. for status conference, Court Reporter/ESR Christy. AUSA Laura Edidin. Defense counsel: Jan Rostal. Case called. Deft appears with counsel. Status confernece hearing for deft held. Speedy trial infor for deft. TYpe XT. Start 1/18/02 Stop 3/1/02. Further status conference set for 3/1/02 at 2:30p.m. (Dobkin, David) (Entered: 01/23/2002) |
| 02/21/2002 | 9 | NOTICE of status conference reset for 3/8/02 at 2:30p.m. before Judge Block. Sent to all parties by Michael Innelli. Dated 2/20/02. (Dobkin, David) (Entered: 02/21/2002) |
| 02/27/2002 | 10 | WAIVER of Speedy Trial and/or ORDER of Excludable Delay by Alvaro Munoz ( Signed by Judge Frederic Block , Dated 2/26/02) (Dobkin, David) (Entered: 02/27/2002) |
| 03/26/2002 | 12 | CALENDAR ENTRY as to Alvaro Munoz ; Case |

| | | |
|---|---|---|
| | | called before Magistrate Marilyn D. Go on date of 3/26/02 for guilty plea. Tape # 02/37(0-1545)., Guilty: Alvaro Munoz (1) count(s) 1 AUSA L. Echidin. Defense cousnel: Jan Rostal. Spanish Int: John Doublier. Case called. Deft sworn and informed of righrs. Deft waives trial before District Court. Deft continued in custody. Sentencing will be scheduled by Probation. (Dobkin, David) (Entered: 03/27/2002) |
| 03/27/2002 | 11 | ORDER of referral to Mag. Go for all pleading purposes as to Alvaro Munoz ( Signed by Judge Frederic Block, dated 3/5/02 ) (Dobkin, David) (Entered: 03/27/2002) |
| 04/26/2002 | 13 | TRANSCRIPT of pleading before Magistrate Go filed in case as to Alvaro Munoz for dates of 3/26/02 ; Court Reporter/ESR: Mary Greco, AUSA Laura Edidin,Defense Counsel Jan Rostal. (Dobkin, David) Additional attachment(s) added on 12/12/2005 (Barrett, C.). (Entered: 04/29/2002) |
| 10/07/2002 | 14 | LETTER dated 8/26/02 from Wayne Colon to Karen Bierschenk, re: return of property of Alvaro Munoz. (Dobkin, David) (Entered: 10/07/2002) |
| 11/14/2002 | 15 | CALENDAR ENTRY as to Alvaro Munoz ; Case called before Judge Frederic Block on date of 11/14/02 at 3:00p.m. for sentencing. Court Reporter/ESR Winny V. AUSA Cathy So. Defense counsel: Jan Rostal. Int: Maria Carolina Lopez. Case called. Sentencing adjourned to 11/25/02 at 4:00p.m. (Dobkin, David) (Entered: 11/14/2002) |
| 11/25/2002 | 16 | CALENDAR ENTRY as to Alvaro Munoz ; Case called before Judge Frederic Block on date of 11/25/02 at 4:00p.m. for Court Reporter/ESR Francisco. AUSA Cathy So. Defense counsel: Jan Rostal. Case called. Sentencing held. Statements of deft and cousnel heard. Deft sentenced on count 1 of the indictment. See judgment for details. Remaining |

|  |  |  |
|---|---|---|
|  |  | open counts are dismissed on govts motion. Court advised deft of right to appeal. Deft remanded. Court accepts the guilty plea taken by Mag. Go. (Dobkin, David) (Entered: 12/02/2002) |
| 11/25/2002 |  | Sentencing held Alvaro Munoz (1) count(s) 1 (Dobkin, David) (Entered: 12/02/2002) |
| 12/02/2002 | 17 | JUDGMENT Alvaro Munoz (1) count(s) 1. 40 months Imprisonment; 3 years supervised release; No fine; $100.00 Special Assessment. ( Signed by Judge Frederic Block , on 11/27/02) party Alvaro Munoz (Dobkin, David) Additional attachment(s) added on 12/12/2005 (Barrett, C.). (Entered: 12/02/2002) |
| 12/02/2002 |  | DISMISSAL of Count(s) on Government Motion as to Alvaro Munoz party Alvaro Munoz Counts Dismissed: Alvaro Munoz (1) count(s) 2 (Dobkin, David) (Entered: 12/02/2002) |
| 12/02/2002 |  | **Case closed as to all defendants: Alvaro Munoz (Dobkin, David) (Entered: 12/02/2002) |
| 03/04/2005 | 18 | ORDER transferring jurisdiction as to Alvaro Munoz to the District of Massachusetts upon that Court's order of acceptance of jurisdiction. Signed by Judge Frederic Block, on 11/1/2004. (Barrett, C.) (Entered: 03/04/2005) |
| 03/04/2005 | 19 | ORDERED that jurisdiction over Alvaro Munoz is accepted and assumed by the USDC-District of Massachusetts. Signed by Judge William G. Young, on 12/8/2004. (Barrett, C.) Modified on 3/4/2005 to indicate that transfer of documents pending receipt of case file. (Barrett, C.). (Entered: 03/04/2005) |
| 12/12/2005 |  | Probation Jurisdiction Transferred to Massachusetts as to Alvaro Munoz Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Acknowledgment requested. (Barrett, C.) (Entered: 12/12/2005) |

| 12/12/2005 | ⬤20 | Certificate of Service as to Alvaro Munoz re: Probation Jurisdiction Transferred to Massachusetts as to Alvaro Munoz. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Barrett, C.) (Entered: 12/12/2005) |
|---|---|---|